**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nathaniel Messer                          CHAPTER 13
        Alethea Messer

                Debtor(s)                      BKY. NO. 22-10893 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of AMERICAN HERITAGE CREDIT UNION and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/ *Michael Farrington*
                                              Michael Farrington
                                              02 Feb 2023, 09:29:06, EST

                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322