**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Nathaniel Messer | : | Chapter 13 |
| Alethea Messer | : | |
| | : | Case No.: 22-10893-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: April 26, 2023                    /s/ Brad J. Sadek, Esquire
                                                          Brad J. Sadek, Esquire
                                                          Sadek and Cooper Law Offices, LLC
                                                          1500 JFK Boulevard, Suite #220
                                                          Philadelphia, Pa 19102
                                                          brad@sadeklaw.com
                                                          215-545-0008