# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 22-10893-MDC

NATHANIEL MESSER
ALETHEA MESSER
867 GARTNER LANE

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NATHANIEL MESSER
    ALETHEA MESSER
    867 GARTNER LANE

    LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

    /S/ Kenneth E. West

Date: 8/1/2023    _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee