**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>NATHANIEL MESSER<br>ALETHEA MESSER<br>　　　Debtors | Case No. 22-10893-mdc |
| FREEDOM MORTGAGE CORPORATION<br>　　　Movant | Chapter 13 |
| vs.<br>NATHANIEL MESSER<br>ALETHEA MESSER<br>　　　Respondents | 11 U.S.C. §362 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Freedom Mortgage Corporation (hereinafter "Movant") has filed a Motion for Relief from the Automatic Stay with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.　　　If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before **10/17/2023** you or your attorney must do all of the following:

(a)  file an answer explaining your position at:

Clerk's Office, U.S. Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)  mail a copy to the Movant's attorney:

Brock and Scott, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on **10/24/2023** at **10:30 am**, in **Courtroom #2**, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office in Philadelphia at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

September 28, 2023