# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>NATHANIEL MESSER<br>ALETHEA MESSER<br>    Debtors | Case No. 22-10893-mdc |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>NATHANIEL MESSER<br>ALETHEA MESSER<br>    Respondents | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this  30th  day of      October      , 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge