## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Nathaniel Messer | : | Chapter 13 |
| Alethea Messer | : | Case No.: 22-10893-MDC |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: November 10, 2023           /s/ Brad J. Sadek, Esquire
                                                             Brad J. Sadek, Esquire
                                                             Sadek and Cooper Law Offices, LLC
                                                             1500 JFK Boulevard, Suite #220
                                                             Philadelphia, Pa 19102
                                                             brad@sadeklaw.com
                                                             215-545-0008