**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Althea Messer | : | Chapter 13 |
| Nathaniel Messer | : | |
| | : | Case No.: 22-10893-MDC |
| Debtors | : | |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED that the Chapter 13 Plan may be modified.

FURTHER ORDERED:

BY THE COURT:

_Magdeline D. Coleman_

Dated: November 30th, 2023

HONORABLE MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE