IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>NATHANIEL MESSER<br>ALETHEA MESSER<br>　　Debtors,<br><br><br>GLOBAL LENDING SERVICES LLC<br>　　Movant,<br><br>　　　　v.<br><br><br>NATHANIEL MESSER, and<br>ALETHEA MESSER, and<br>KENNETH E. WEST, Trustee,<br>　　Respondents. | Bankruptcy No. 22-10893-amc<br><br><br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2025, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of 2018 Nissan Rogue, VIN: KNMAT2MV2JP546028.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Chief Judge

**Date: February 14, 2025**