**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Nathaniel Messer | : | Chapter 13 |
| Alethea Messer | : | Case No.: 22-10893-DJB |
| | : | |
| Debtor(s) | : | |

## <u>CERTIFICATE OF NO RESPONSE</u>

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Third Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

<u>Dated: March 17, 2025</u>

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008